JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARMADA PACIFIC BULK CARRIERS (SINGAPORE)
PTE LTD.,

                Plaintiff,     07 Civ.

- against -     ECF CASE

SAMSUN LOGIX HELLAS LTD.,

                Defendant.
-----------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: September 4, 2007
       New York, NY

                          The Plaintiff,
                          ARMADA PACIFIC BULK CARRIERS
                          SINGAPORE) PTE LTD.

                By: _____
                          Nancy R. Peterson (NP 2871)
                          Patrick F. Lennon (PL 2162)
                          LENNON, MURPHY & LENNON, LLC
                          The Gray Bar Building
                          420 Lexington Ave., Suite 300
                          New York, NY 10170
                          (212) 490-6050
                          facsimile (212) 490-6070
                          nrp@lenmur.com
                          pfl@lenmur.com