NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SAMSUN LOGIX HELLAS LTD.
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARMADA PACIFIC BULK CARRIERS         :
(SINGAPORE) PTE LTD.,                :
                                     :
                 Plaintiff,          :       07 Civ. 7807 (SAS)
                                     :
            -against-                :       EFC CASE
                                     :
SAMSUN LOGIX HELLAS LTD.,            :       **FED. R. CIV. P.**
                                     :       **§7.1 STATEMENT**
                 Defendant.
-----------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. § 7.1(a), the undersigned attorney of record for

Defendant certifies that Defendant has no U.S. corporate parents or publicly held

corporations owning 10% or more of its stock.

Dated:  New York, New York
        October 26, 2007

                              NOURSE & BOWLES, LLP
                              Attorneys for Plaintiff
                              SAMSUN LOGIX HELLAS LTD.

                              By:_____
                                  Julia M. Moore, Esq. (JM9778)
                                  One Exchange Plaza
                                  At 55 Broadway
                                  New York, New York 10006
                                  (212) 952-6200